CIVIL 01-918 ADM/AJB

B

A CERTIFIED TRUE COPY

JUL - 3 2001

ATTEST [signature]
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -6 PM 2:27

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 15 2001

FILED
CLERK'S OFFICE

*DOCKET NO. 1355*

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PROPULSID PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-17)***

On August 7, 2000, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 105 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 7, 2000, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 3 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

JUL 9 2001

[signature]

JUL 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Fee
Process
X Dktd
CtRmDep
Doc.No.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUN 15 2001

FILED CLERK'S OFFICE

# SCHEDULE CTO-17 TAG-ALONG CASES
## DOCKET NO. 1355
## IN RE PROPULSID PRODUCTS LIABILITY LITIGATION

2001 JUL -6 PM 3:55

CASE NUMBER - EAST. LOUISIANA

| DISTRICT | DIV | CIVIL ACTION# | | |
|---|---|---|---|---|
| ALABAMA NORTHERN | | | | |
| ALN | 2 | 01-1246 | Massey, et al. v. Johnson & Johnson Co., et al. | 01-2082 |
| CALIFORNIA CENTRAL | | | | |
| CAC | 2 | 01-4524 | Casucci, et al. v. Johnson & Johnson Co., et al. | 01-2083 |
| CAC | 2 | 01-4731 | Heller v. Johnson & Johnson Co., et al. | 01-2084 |
| CALIFORNIA EASTERN | | | | |
| CAE | 2 | 01-984 | Schwartz v. Johnson & Johnson Co., et al. | 01-2085 |
| CALIFORNIA SOUTHERN | | | | |
| CAS | 3 | 01-797 | Heitzmann v. Janssen Pharmaceutica, Inc., et al. | 01-2086 |
| CAS | 3 | 01-829 | Pasco v. Johnson & Johnson Co., et al. | 01-2087 |
| MINNESOTA | | | | |
| MN | 0 | 01-916 | Sutton, etc. v. Janssen Pharmaceutica, Inc., et al. | 01-2088 |
| ~~MN~~ | ~~0~~ | ~~01-918~~ | ~~Hess, etc. v. Janssen Pharmaceutica, Inc., et al.~~ | 01-2089 |
| NORTH CAROLINA EASTERN | | | | |
| NCE | 5 | 01-368 | Lane v. Johnson & Johnson Co., et al. | 01-2091 |
| NCE | 5 | 01-405 | Wallace v. Johnson & Johnson Co. et al. | 01-2092 |
| NEW YORK SOUTHERN | | | | |
| NYS | 1 | 01-4409 | Chazanow v. Johnson & Johnson Co., et al. | 01-2093 |
| NYS | 1 | 01-4410 | Liebeck v. Johnson & Johnson Co., et al. | 01-2094 |
| NYS | 2 | 01-4408 | Kemmelman v. Johnson & Johnson Co., et al. | 01-2095 |
| TENNESSEE EASTERN | | | | |
| TNE | 3 | 01-215 | Keaton v. Johnson & Johnson Co., et al. | 01-2096 |
| TNE | 3 | 01-223 | Seamour v. Johnson & Johnson Co., et al. | 01-2097 |
| TNE | 3 | 01-255 | Wallace v. Johnson & Johnson Co., et al. | 01-2098 |
| TENNESSEE MIDDLE | | | | |
| TNM | 3 | 01-445 | Barnett, et al. v. Johnson & Johnson Co., et al. | 01-2099 |